# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Criminal Action No. 18-00082-KD |
| | ) |
| DAVID HUDGENS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the Motion to Apply Out of Court Payment and Transactions to Defendant's Restitution Obligation filed by Defendant David Hudgens (doc. 49). Upon consideration, and for the reasons set forth herein, the Motion is GRANTED.

Previously, Hudgens moved the Court to reduce his restitution balance by $167,075.62 based upon payment to or on behalf of victim Bobby Warner in settlement of a related action in the Circuit Court of Baldwin County, Alabama. Hudgens also moved for other relief including authorization to incur debt to make the payment. His motion was denied in part.

On motion to alter or amend, the Court clarified the necessary information for consideration of a reduction (doc. 48). The Court explained that pursuant to 18 U.S.C. § 3664(j)(2)(B), "[a]ny amount paid to a victim under an order of restitution shall be reduced by any amount later recovered as compensatory damages for the same loss by the victim in ... any State civil proceeding, to the extent provided by the law of the State." The Court found that the Baldwin County Action is an action for the "same loss" and that Alabama law allows a reduction in this circumstance. (doc. 48, p. 3). The Court further explained that "if the victim verifies that she has received compensatory damages from Hudgens for this loss through a settlement, the Court will reduce the restitution by the amount received." (Id., p. 4)

Hudgens now moves the Court to reduce his restitution balance by $132,075.62, as compensatory damages which have been paid to or for the benefit of Warner. He states that the amount is lower than originally requested because of recent restitution payments to the Court. In support, Hudgens provides Warner's affidavit verifying that she has received compensatory damages in the amount $132,075.62, and that the payment was in settlement of the related state court action in the Circuit Court of Baldwin County, Alabama (doc. 49-2).  Hudgens also provides a copy of an "Amendment to Settlement Agreement" wherein Warner and other parties agree to the reduction of Hudgens' restitution (doc. 49-1). Hudgens states that the United States Attorney does not object to the reduction.

Now, with proof of payment of compensatory damages in the amount of $132,075.62 for this loss through settlement of the Baldwin County Action, Hudgens' motion is granted. Accordingly, pursuant to 18 U.S.C. § 3664(j)(2)(B), the Clerk of the Court is directed to reduce the balance of his outstanding restitution to reflect the payment of $132,075.62.

**DONE** and **ORDERED** this the 10th day of January 2023.

      /s / Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **UNITED STATES DISTRICT JUDGE**